COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Eduardo Balanzar Vargas v. The State of Texas

Appellate case number:      01-19-00168-CR

Trial court case number:    81706-CR

Trial court:                239th District Court of Brazoria County

On November 21, 2019, the Court abated this case and remanded it to the trial court based on appointed counsel's failure to timely file a brief on appellant's behalf. *See* TEX. R. APP. P. 38.8(b). On December 3, 2019, appointed counsel, Mark Bennett, filed a motion to reinstate the appeal and submitted a brief on appellant's behalf. Accordingly, we **grant** the motion, **withdraw** our November 21, 2019 abatement order, and **REINSTATE** this case on the Court's active docket. Appellant's brief is filed as of December 3, 2019.

The State's brief, if any, is due **no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 38.6(b), (d).

It is so ORDERED.

Judge's signature:    _____/s/ Julie Countiss_____
                      ☑ Acting individually    ☐ Acting for the Court


Date:    _____December 10, 2019_____